Paul P. Terry Jr., SBN 7192
Aaron Yen, SBN 11744
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
pterry@angius-terry.com
ayen@angius-terry.com

Attorneys for Defendant
*HIDDEN CANYON HOMEOWNERS ASSOCIATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.2:15-cv-01205 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR DEFENDANT HIDDEN CANYON HOMEOWNERS ASSOCIATION** |
| HIDDEN CANYON HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff NATIONSTAR MORTGAGE, LLC ("Nationstar"), by and through its counsel, Christine M. Parvan, Esq. of Akerman LLP, and Defendant HIDDEN CANYON HOMEOWNERS ASSOCIATION ("Association"), by and through its counsel, Aaron C. Yen, Esq. of Angius & Terry LLP, that the response deadline for the Defendant Association to file a response to Nationstar's Complaint is extended until August 21, 2015.

An extension was requested because Defendant's originally designated legal counsel notified the Association on July 20, 2015, that he was unable to represent the Association in this matter due to a conflict of interest. Accordingly, the Association requested an extension

1  of time in order to tender to its insurance carrier, determine new legal representation, and give

2  that representative time to prepare an appropriate response to the captioned lawsuit.

3        This is the parties' first request to extend time and this request is not made to cause

4  delay or prejudice to any party.

5  Dated this 22nd day of July, 2015                    Dated this 30th day of July, 2015

6
   ANGIUS & TERRY LLP                                  WRIGHT, FINLAY & ZAK, LLP
7

8
   By:____/s/Aaron Yen_____        By:____/s/ Christine M. Parvan_____
9  Paul P. Terry, Jr., SBN 7192                         Melanie D. Morgan SBN 8276
   Aaron Yen, Esq., SBN 11744                         Christine M. Parvan SBN 10711
10 ANGIUS & TERRY LLP                                  AKERMAN LLP
   1120 N. Town Center Drive, Suite 260          1160 Town Center Dr. Ste. 330
11 Las Vegas, NV 89144                                Las Vegas, NEVADA 89144
12 *Attorneys for Defendant HIDDEN CANYON*        *Attorneys for Plaintiff*
   *HOMEOWNERS ASSOCIATION*                         *NATIONSTAR MORTGAGE, LLC.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**ORDER**</u>

Pursuant to the above stipulation and for good cause appearing, **IT IS HEREBY ORDERED** that the response deadline for Defendant HIDDEN CANYON HOMEOWNERS ASSOCIATION to file a response to Plaintiff NATIONSTAR MORTGAGE, LLC'S Complaint is **EXTENDED** until August 21, 2015.

Dated: ___July 31, 2015_____

_George Foley Jr._____
GEORGE FOLEY, JR.
United States Magistrate Judge

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

3