CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
MILES N. CLARK, ESQ.
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: christine.parvan@akerman.com
Email: miles.clark@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HIDDEN CANYON HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. <br> HIDDEN CANYON HOMEOWNERS ASSOCIATION, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Third Party Defendant. | Case No.: 2:15-cv-01205-JAD-GWF <br><br> Order Dismissing Nationstar Mortgage's Claims Against Hidden Canyon HOA and Vacating 4/19/16 Status Conference |

Nationstar Mortgage, LLC (**Nationstar**) and Hidden Canyon Homeowners Association (**HOA**) stipulate to dismiss all claims between Nationstar and the HOA in the above-captioned

//
//
//
//

1

matter with prejudice, each party to bear its own fees and costs.

DATED: April 18, 2016                                          DATED: April 18, 2016

| **Akerman LLP** | **Pengilly Law Firm** |
|---|---|
| _/s/ Miles N. Clark_____<br>CHRISTINE M. PARVAN, ESQ.<br>Nevada Bar No. 10711<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff Nationstar Mortgage LLC* | _/s/ Chad D. Fuss_____<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>JAMES W. PENGILLY, ESQ.<br>Nevada Bar No. 6085<br>CHAD D. FUSS. ESQ.<br>Nevada Bar No. 12744<br>1995 Village Center Circle, Suite 190<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant Hidden Canyon Homeowners Association* |

**ORDER**

Based on the parties' stipulation (ECF 27) and good cause appearing, IT IS HEREBY ORDERED that Nationstar Mortgage, LLC's claims against Hidden Canyon Homeowners Association are DISMISSED with prejudice, each side to bear its own fees and costs. The 4/19/16 status conference (ECF 26) is VACATED. This dismissal leaves pending only Hidden Canyon HOA's claims against Absolute Collection Services, LLC.

_____
Jennifer Dorsey
United States District Judge
4/18/16

2